UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESLIE HELLER, et al.,

    Plaintiffs,

v.                                                                           Case No.:     8:23-cv-1720-JLB-AEP

JMX BRANDS, INC., et al.,

    Defendants.
_____/

**ORDER**

On January 13, 2025, the Court instructed Plaintiffs Leslie Heller, Kimberly Hill, and Ashleigh Turner to show cause and file a status report indicating whether they intend to prosecute their claims. (Doc. 32). Plaintiffs failed to respond or otherwise explain their failure to prosecute this case. As the Court previously explained, Plaintiffs have demonstrated an intent not to proceed. (*See id.* (citing Docs. 20, 21, 22, 23, 25, 26)). Notably, Plaintiffs have failed to attend depositions (Doc. 25 at ¶ 7) and comply with discovery orders (Docs. 20, 21, 22). Furthermore, they notified Defendants' counsel that they wish not to proceed with their claims (Doc. 23 at ¶ 3). Accordingly, this case is **DISMISSED with prejudice**. *See* M.D. Fla. Loc. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due

2

diligence and just cause for delay."). The Clerk of Court is **DIRECTED** to enter judgment dismissing the case with prejudice, terminate all deadlines, deny all pending motions as moot, and close the case.

**ORDERED** in Tampa, Florida, on February 11, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE